# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| YA5Q | 9464391 | A.S. Gibbs | 2602 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 10/08/2020  11:29 AM | 38 CFR 1.218(b)(26) |

**Place of Offense:** Fifth St.

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

Parking in no-parking areas so posted....

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Terry | Osby | H. |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 0722O9VN | VA | 19 | Volvo | | Silver |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 55.00  Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov → $ 85.00  Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 701 E. Broad St. Richmond, VA 23219

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9464391*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/06, 20 20 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

while on routine patrol I witnessed a silver in color Volvo SUV, VA Tag # P2209VN parked illegally along a curb. There are no-parking signs clearly identifying a no-parking area. The vehicle was unoccupied and showed no signs of vehicle breakdown. The R/O was identified by VCIN/NCIC.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/06/2020   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident